Submit this form by e-mail to:

CrimIntakeCourtDocs-LA@cacd.uscourts.gov   For Los Angeles criminal duty.

CrimIntakeCourtDocs-SA@cacd.uscourts.gov   For Santa Ana criminal duty.

CrimIntakeCourtDocs-RS@cacd.uscourts.gov   For Riverside criminal duty.

FILED

2025 JUN 18  AM 10: 04

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: _____ *asi*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | | CASE NUMBER: |
|---|---|---|
| | PLAINTIFF | 2:25-MJ-03691-DUTY |
| V. | | |
| RENDON, Henry | | **REPORT COMMENCING CRIMINAL ACTION** |
| USMS# _____ | DEFENDANT | |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed.  Any area not applicable or unknown should indicate "N/A".

1.  The defendant was arrested in this district on **06/17/2025**     at **11:50**     ☐ AM ☒ PM

    or

    The defendant was arrested in the _____ District of _____ on _____ at _____ ☐ AM ☐ PM

2.  The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:     ☐ Yes     ☒ No

3.  Defendant is in U.S. Marshals Service lock-up (in this court building):     ☒ Yes     ☐ No

4.  Charges under which defendant has been booked:

    18 U.S.C. § 111 - Assaulting, Resisting, or Impeding a Federal Officer.

5.  Offense charged is a:     ☒ Felony     ☐ Minor Offense     ☐ Petty Offense     ☐ Other Misdemeanor

6.  Interpreter Required:     ☒ No     ☐ Yes     Language:  English

7.  Year of Birth: 1992

8.  Defendant has retained counsel:     ☒ No

    ☐ Yes     Name: _____     Phone Number: _____

9.  Name of Pretrial Services Officer notified:  DUTY email

10. Remarks (if any): _____

11. Name:  Henry Blackwell     (please print)

12. Office Phone Number: 310-968-7314     13. Agency:  HSI

14. Signature: _____     15. Date:  06/18/2025

CR-64 (09/20)     REPORT COMMENCING CRIMINAL ACTION