```
 1  BILAL A. ESSAYLI
    United States Attorney
 2  CHRISTINA T. SHAY
    Assistant United States Attorney
 3  Chief, Criminal Division
    DANIEL H. WEINER (Cal. Bar No. 329025)
 4  Assistant United States Attorney
    Transnational Organized Crime Section
 5       1400 United States Courthouse
         312 North Spring Street
 6       Los Angeles, California 90012
         Telephone: (213) 894-0813
 7       Facsimile: (213) 894-0141
         E-mail:    daniel.weiner@usdoj.gov
 8

 9
    Attorneys for Plaintiff
10  UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:25-MJ-03691-DUTY |
|---|---|
| Plaintiff, | [~~PROPOSED~~] ORDER CONTINUING POST INDICTMENT ARRAIGNMENT |
| v. | |
| HENRY RENDON, | |
| Defendant. | |

The Court has read and considered the parties' Joint Stipulation to Continue the Post Indictment Arraignment in this case.

///

///

1

FOR GOOD CAUSE SHOWN:

The Court continues the Post Indictment Arraignment in this matter to July 21, 2025 at 11:30 a.m.:

IT IS SO ORDERED.

7/11/2025
DATE

HONORABLE A. JOEL RICHLIN
UNITED STATES MAGISTRATE JUDGE

Presented by:

   /s/ *Daniel H. Weiner*
DANIEL H. WEINER
Assistant United States Attorney

2