```
BILAL A. ESSAYLI
United States Attorney
CHRISTINA T. SHAY
Assistant United States Attorney
Chief, Criminal Division
DANIEL H. WEINER (Cal. Bar No. 329025)
Assistant United States Attorney
Transnational Organized Crime Section
     1400 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-0813
     Facsimile: (213) 894-0141
     E-mail:    daniel.weiner@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:25-MJ-03691-DUTY |
|---|---|
| Plaintiff, | [~~PROPOSED~~] ORDER TO DISMISS COMPLAINT WITHOUT PREJUDICE PURSUANT TO RULE 48(a) |
| v. | |
| HENRY RENDON, | |
| Defendant. | |

IT IS HEREBY ORDERED that the complaint against defendant is dismissed without prejudice under Federal Rule of Criminal Procedure 48(a). Defendant's bond shall be exonerated on this charge.

IT IS SO ORDERED.

July 17, 2025
_____     _____
 DATE                            HON. STEPHANIE S. CHRISTENSEN
                                 UNITED STATES MAGISTRATE JUDGE

Presented by:

        /s/
_____
DANIEL H. WEINER
Assistant United States Attorney